NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STREET SPIRIT IP LLC,**

*Plaintiff-Appellant*

**v.**

**EHARMONY, INC.,**

*Defendant-Appellee*

---

2023-2441

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-02252-MCS-JPR, Judge Mark C. Scarsi.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2　　　　　　　STREET SPIRIT IP LLC v. eHARMONY, INC.

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>January 29, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 29, 2024